**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**RALPH BLAINE SMITH,**

        **Plaintiff,**

v.

**DAVID SILVERNAIL,** *et al.*,

        **Defendants.**

Case No. 22-cv-00045

Chief Judge Algenon L. Marbley

Magistrate Judge Kimberly A. Jolson

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 16, 2024 Opinion and Order, the Court GRANTED the Defendants Silvernail and Pickerington's Motion for Summary Judgment; GRANTED Plaintiff's Motion for Leave to File Surreply; GRANTED Defendant Fairfield's Motion for Summary Judgment; DENIED Plaintiff's Motion for Partial Summary Judgment against Defendant Fairfield. All of Plaintiff's claims are DISMISSED. This case is now closed.

Date:  February 16, 2024        Richard W. Nagel, Clerk

                                                        s/Diane M. Stash
                                                  Diane M. Stash/Deputy Clerk